# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          *

    **vs.**          *          **Case No. TDC-26-017**

**RODNEY SYLVESTER WIGGINS**          *

    **Defendant**          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## MOTION TO WITHDRAW AS COUNSEL

The Defendant, Rodney Sylvester Wiggins, by and through counsel, Nicholas G. Madiou and Brennan McKenna & Lawlor, Chtd., respectfully files this Motion to Withdraw as Counsel. In support of this Motion, counsel states the following:

1.      On January 15, 2026, Mr. Wiggins was charged in this case by way of an Indictment. On February 4, 2026, undersigned counsel was appointed to represent Mr. Wiggins pursuant to the Criminal Justice Act. On February 6, 2026, Mr. Wiggins made his initial appearance in this Court. A telephonic status conference is scheduled for March 16, 2026. At this time, the undersigned counsel respectfully moves to withdraw from this matter. The undersigned also requests that the Court appoint new counsel to represent Mr. Wiggins.

2.      Due to a conflict of interest between Mr. Wiggins and the

1

undersigned, the undersigned can no longer represent Mr. Wiggins in this case. The undersigned counsel also submits that there has been a complete and irreparable breakdown in the attorney-client relationship.

WHEREFORE, for the reasons stated above, the undersigned respectfully asks this Court to grant this Motion to Withdraw as Counsel and to appoint new counsel to represent Mr. Wiggins in this matter.

Respectfully submitted,
/s/

_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.,
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-3404
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, a copy of the foregoing was electronically filed and served on all parties via ECF.

/s/

_____
Nicholas G. Madiou

2